Hart L. Robinovitch (AZ #020910)
**ZIMMERMAN REED LLP**
14648 N. Scottsdale Road, Suite 130
Scottsdale, AZ 85254
Telephone: (480) 348-6400
hart.robinovitch@zimmreed.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Gatchell, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br>  v.<br><br>Cardiovascular Consultants, Ltd.,<br><br>  Defendant. | CASE NO. 24-CV-00113-SMM<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(i), Plaintiff John Gatchell, by and through undersigned counsel, hereby give notice that he is voluntarily dismissing all claims against Defendant Cardiovascular Consultants, Ltd., pending in the above captioned case, without prejudice.

Plaintiff states that Defendant has not filed an answer or motion for summary judgment. This case is not governed by any federal statute that requires a court order for dismissal. No counter claims are pending for independent adjudication. Plaintiff files this Notice of Dismissal with the intention of dismissing all of his claims against Defendant, without prejudice.

Accordingly, Plaintiff John Gatchell hereby dismisses all of his claims against Defendant without prejudice.

Respectfully submitted,

Date: February 29, 2024

*/s/ Brian C. Gudmundson*
Brian C. Gudmundson (Admitted *pro hac vice*)
**ZIMMERMAN REED LLP**
1100 IDS Center

1

80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
brian.gudmundson@zimmreed.com

Hart L. Robinovitch (AZ #020910)
**ZIMMERMAN REED LLP**
14648 N. Scottsdale Road, Suite 130
Scottsdale, AZ 85254
Telephone: (480) 348-6400
Facsimile: (480) 348-6415
hart.robinovitch@zimmreed.com

James J. Pizzirusso (Admitted *pro hac vice*)
**HAUSFELD LLP**
888 16th Street, N.W., Suite 300
Washington, D.C. 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201
jpizzirusso@hausfeld.com

Steven M. Nathan (Admitted *pro hac vice*)
**HAUSFELD LLP**
33 Whitehall Street, Fourteenth Floor
New York, NY 10004
Telephone: (646) 357-1100
Facsimile: (212) 202-4322
snathan@hausfeld.com

Gary F. Lynch (Admitted *pro hac vice*)
**LYNCH CARPENTER LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
Facsimile: (412) 231-0246
gary@lcllp.com

***Counsel for Plaintiff and the Proposed Class***