# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Gatchell, | No. CV-24-00113-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Cardiovascular Consultants Limited, | |
| Defendant. | |

This matter is before the Court on the Notice of Voluntary Dismissal of Action Without Prejudice (Doc. 12), filed by Plaintiff on February 29, 2024. Therefore, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, this action has been dismissed without prejudice.

Accordingly,

**IT IS ORDERED directing** the Clerk of Court to terminate this action.

Dated this 1st day of March, 2024.

Honorable Stephen M. McNamee
Senior United States District Judge